UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

CALUDIA TRIPI,                                                                 Case: 25 CV 10095 (KPF)

                Plaintiffs,                                               **ANSWER**

    - against -

CR GEMS, INC., JSD TRADING LTD, and
JEETENDRA SINGH DOSANJH,

                Defendants.
-------------------------------------------------------------x

       **Defendants** CR GEMS, INC., JSD TRADING LTD, and JEETENDRA SINGH DOSANJH, by their attorney, answer the complaint herein as follows:

1.    Defendants deny the allegations contained in Paragraph 1.

2.    Defendants deny the allegations contained in Paragraph 2.

3.    Defendants deny the allegations contained in Paragraph 3.

4.    Defendants deny the allegations contained in Paragraph 4.

5.    Defendants admit the allegations contained in Paragraph 5.

6.    Defendants deny knowledge and information sufficient to form a belief as to the allegation contained in Paragraph 6.

7.    Defendants deny knowledge and information sufficient to form a belief as to the allegation contained in Paragraph 7.

8.    Defendants deny knowledge and information sufficient to form a belief as to the allegation contained in Paragraph 8.

9.    Defendants admit the allegations contained in Paragraph 9.

10.    Defendants deny the allegations contained in Paragraph 10.

11.     Defendants deny the allegations contained in Paragraph 11.

12.     Defendants deny the allegations contained in Paragraph 12.

13.     Defendants deny the allegations contained in Paragraph 13.

14.     Defendants deny the allegations contained in Paragraph 14.

15.     Defendants deny the allegations contained in Paragraph 15.

16.     Defendants deny the allegations contained in Paragraph 16.

17.     Defendants deny the allegation contained in Paragraph 17.

18.     Defendants deny the allegations contained in Paragraph 18.

19.     Defendants deny the allegations contained in Paragraph 19.

20.     Defendants deny the allegation contained in Paragraph 20.

21.     Defendants deny the allegations contained in Paragraph 21.

22.     Defendants deny the allegations contained in Paragraph 22.

23.     Defendants deny the allegations contained in Paragraph 23.

24.     Defendants deny the allegations contained in Paragraph 24.

25.     Defendants deny the allegations contained in Paragraph 25.

26.     Defendants deny the allegations contained in Paragraph 26.

27.     Defendants deny the allegations contained in Paragraph 27.

28.     Defendants deny the allegations contained in Paragraph 28.

29.     Defendants deny the allegations contained in Paragraph 29.

30.     Defendants deny the allegations contained in Paragraph 30.

31.     Defendants deny the allegations contained in Paragraph 31.

32.     Defendants deny the allegations contained in Paragraph 32.

33.     Defendants deny the allegations contained in Paragraph 33.

34. Defendants deny the allegations contained in Paragraph 34.

35. Defendants deny the allegations contained in Paragraph 35.

36. Defendants deny the allegations contained in Paragraph 36.

37. Defendants deny the allegations contained in Paragraph 37.

38. Defendants deny the allegations contained in Paragraph 38.

39. Defendants deny the allegations contained in Paragraph 39.

40. Defendants deny the allegations contained in Paragraph 40.

41. Defendants deny the allegations contained in Paragraph 41.

42. Defendants deny the allegations contained in Paragraph 42.

43. Defendants deny the allegations contained in Paragraph 43.

44. Defendants deny the allegations contained in Paragraph 44.

45. Defendants deny the allegations contained in Paragraph 45.

46. Defendants deny the allegations contained in Paragraph 46.

47. Defendants deny the allegations contained in Paragraph 47.

48. Defendants deny the allegations contained in Paragraph 48.

49. Defendants deny the allegations contained in Paragraph 49.

50. Defendants deny the allegations contained in Paragraph 50.

51. Defendants deny the allegations contained in Paragraph 51.

52. Defendants deny the allegations contained in Paragraph 52.

53. Defendants deny the allegations contained in Paragraph 53.

54. Defendants deny the allegations contained in Paragraph 54.

55. Defendants deny the allegations contained in Paragraph 55.

56. Defendants deny the allegations contained in Paragraph 56.

57.     Defendants deny the allegations contained in Paragraph 57.

58.     Defendants deny the allegations contained in Paragraph 58.

59.     Defendants deny the allegations contained in Paragraph 59.

60.     Defendants deny the allegations contained in Paragraph 60.

61.     Defendants deny the allegations contained in Paragraph 61.

62.     Defendants deny the allegations contained in Paragraph 62.

63.     Defendants deny the allegations contained in Paragraph 63.

64.     Defendants deny the allegations contained in Paragraph 64

65.     Defendants deny the allegations contained in Paragraph 65.

66.     Defendants deny the allegations contained in Paragraph 66.

67.     Defendants deny the allegations contained in Paragraph 67.

68.     Defendants deny the allegations contained in Paragraph 68.

69.     Defendants deny the allegations contained in Paragraph 69.

70.     Defendants deny the allegations contained in Paragraph 70.

71.     Defendants deny the allegations contained in Paragraph 71.

72.     Defendants deny the allegations contained in Paragraph 72.

73.     Defendants deny the allegations contained in Paragraph 73.

74.     Defendants deny the allegations contained in Paragraph 74.

75.     Defendants deny the allegations contained in Paragraph 75.

76.     Defendants deny the allegations contained in Paragraph 76.

77.     Defendants deny the allegations contained in Paragraph 77.

78.     Defendants deny the allegations contained in Paragraph 78.

79.     Defendants deny the allegations contained in Paragraph 79.

80.  Defendants deny the allegations contained in Paragraph 80.

81.  Defendants deny the allegations contained in Paragraph 81.

82.  Defendants deny the allegations contained in Paragraph 82.

83.  Defendants deny the allegations contained in Paragraph 83.

84.  Defendants deny the allegations contained in Paragraph 84.

85.  Defendants deny the allegations contained in Paragraph 85.

86.  Defendants deny the allegations contained in Paragraph 86.

87.  Defendants deny the allegations contained in Paragraph 87.

88.  Defendants deny the allegations contained in Paragraph 88.

89.  Defendants deny the allegations contained in Paragraph 89.

90.  Defendants deny the allegations contained in Paragraph 90.

91.  Defendants deny the allegations contained in Paragraph 91.

92.  Defendants deny the allegations contained in Paragraph 92.

93.  Defendants deny the allegations contained in Paragraph 93.

94.  Defendants deny the allegations contained in Paragraph 94.

95.  Defendants deny the allegations contained in Paragraph 95.

96.  Defendants deny the allegations contained in Paragraph 96.

97.  Defendants deny the allegations contained in Paragraph 97.

98.  Defendants deny the allegations contained in Paragraph 98.

99.  Defendants deny the allegations contained in Paragraph 99.

100.  Defendants deny the allegations contained in Paragraph 100.

101.  Defendants deny the allegations contained in Paragraph 101.

102.  Defendants deny the allegations contained in Paragraph 102.

103.    Defendants deny the allegations contained in Paragraph 103

104.    Defendants deny the allegations contained in Paragraph 104.

105.    Defendants deny the allegations contained in Paragraph 105.

106.    Defendants deny the allegations contained in Paragraph 106.

107.    Defendants deny the allegations contained in Paragraph 107.

108.    Defendants deny the allegations contained in Paragraph 108.

109.    Defendants deny the allegations contained in Paragraph 109.

110.    Defendants deny the allegations contained in Paragraph 110.

111.    Defendants deny the allegations contained in Paragraph 111.

112.    Defendants deny the allegations contained in Paragraph 112.

113.    Defendants deny the allegations contained in Paragraph 113.

114.    Defendants deny the allegations contained in Paragraph 114.

115.    Defendants deny the allegations contained in Paragraph 115.

116.    Defendants deny the allegations contained in Paragraph 116.

117.    Defendants deny the allegations contained in Paragraph 117.

118.    Defendants deny the allegations contained in Paragraph 118.

119.    Defendants deny the allegations contained in Paragraph 119.

120.    Defendants deny the allegations contained in Paragraph 120.

121.    Defendants deny the allegations contained in Paragraph 121.

122.    Defendants deny the allegations contained in Paragraph 122.

123.    Defendants deny the allegations contained in Paragraph 123.

124.    Defendants deny the allegations contained in Paragraph 124.

125.    Defendants deny the allegations contained in Paragraph 125.

126.    Defendants deny the allegations contained in Paragraph 126.

127.    Defendants deny the allegations contained in Paragraph 127.

128.    Defendants deny the allegations contained in Paragraph 128.

129.    Defendants deny the allegations contained in Paragraph 129.

130.    Defendants deny the allegations contained in Paragraph 130.

131.    Defendants deny the allegations contained in Paragraph 131.

132.    Defendants deny the allegations contained in Paragraph 132.

133.    Defendants deny the allegations contained in Paragraph 133.

134.    Defendants deny the allegations contained in Paragraph 134.

135.    Defendants deny the allegations contained in Paragraph 135.

136.    Defendants deny the allegations contained in Paragraph 136.

137.    Defendants deny the allegations contained in Paragraph 137.

138.    Defendants deny the allegations contained in Paragraph 138.

139.    Defendants deny the allegations contained in Paragraph 139.

140.    Defendants deny the allegations contained in Paragraph 140.

141.    Defendants deny the allegations contained in Paragraph 141.

142.    Defendants deny the allegations contained in Paragraph 142.

143.    Defendants deny the allegations contained in Paragraph 143.

144.    Defendants deny the allegations contained in Paragraph 144.

145.    Defendants deny the allegations contained in Paragraph 145.

146.    Defendants deny the allegations contained in Paragraph 146.

147.    Defendants deny the allegations contained in Paragraph 147.

148.    Defendants deny the allegations contained in Paragraph 148.

149.     Defendants deny the allegations contained in Paragraph 149.

150.     Defendants deny the allegations contained in Paragraph 150.

151.     Defendants deny the allegations contained in Paragraph 151.

152.     Defendants deny the allegations contained in Paragraph 152.

153.     Defendants deny the allegations contained in Paragraph 153.

154.     Defendants deny the allegations contained in Paragraph 154.

155.     Defendants deny the allegations contained in Paragraph 155.

156.     Defendants deny the allegations contained in Paragraph 156.

157.     Defendants deny the allegations contained in Paragraph 157.

158.     Defendants deny the allegations contained in Paragraph 158.

159.     Defendants deny the allegations contained in Paragraph 159.

160.     Defendants deny the allegations contained in Paragraph 160.

161.     Defendants deny the allegations contained in Paragraph 161.

162.     Defendants deny the allegations contained in Paragraph 162.

163.     Defendants deny the allegations contained in Paragraph 163.

164.     Defendants deny the allegations contained in Paragraph 164.

165.     Defendants deny the allegations contained in Paragraph 165.

166.     Defendants deny the allegations contained in Paragraph 166.

167.     Defendants deny the allegations contained in Paragraph 167.

168.     Defendants deny the allegations contained in Paragraph 168.

169.     Defendants deny the allegations contained in Paragraph 169.

170.     Defendants deny the allegations contained in Paragraph 170.

171.     Defendants deny the allegations contained in Paragraph 171.

172.   Defendants deny the allegations contained in Paragraph 172.

173.   Defendants deny the allegations contained in Paragraph 173.

174.   Defendants deny the allegations contained in Paragraph 174.

175.   Defendants deny the allegations contained in Paragraph 175.

176.   Defendants deny the allegations contained in Paragraph 176.

177.   Defendants deny the allegations contained in Paragraph 177.

178.   Defendants deny the allegations contained in Paragraph 178.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

38.   Plaintiff fails to set forth a claim or sufficient facts upon which relief may be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

39.   The Court has no jurisdiction over Defendant JSD TRADING LTD, which is a foreign corporation with no offices in the United States and has not been served with process in this action.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

40.   The claims asserted in the Amended Complaint are barred in whole or in part by the doctrines of waiver, estoppel, laches, and ratification.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

41.   The claims asserted in the Amended Complaint are barred in whole or in part by the doctrine of unclean hands.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

42.   Plaintiff has suffered no damages.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

43.   To the extent that Plaintiff has suffered any damages, she has failed to mitigate her damages.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

44.     The claims asserted against Defendants JSD TRADING LTD, and JEETENDRA SINGH

DOSANJH, are barred due to lack of privity to any alleged contract.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

45.     Plaintiff was never fired or terminated from her job.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

46.     No discriminatory action was ever taken against Plaintiff.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

47.     Defendants are not "employers" Pursuant to Title VII of the Civil Rights Act of 1964, 42

U.S.C. §2000e §701.


WHEREFORE, Defendants respectfully request dismissal of the complaint herein, together with

costs, disbursements and attorneys fees together with such other and further relief as to this Court

may seem just and proper.



Date: 5/6/26


_____.
Jason M. Baxter, Esq. (JB5995)
Attorney for Defendants
1280 Lexington Ave., FRNT 2 #1437
New York, New York 10028
212-889-9811
jason@lawbaxter.com